UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 12-862                                                                           Date: February 1, 2012

Title:  EDEN GRIMBERG, ETC., ET AL. v. STARWOOD HOTELS & RESORTS WORLDWIDE, INC., ET AL.

**DOCKET ENTRY**

**PRESENT:**

HON. **CHARLES F. EICK, JUDGE**

| STACEY PIERSON | N/A |
|---|---|
| **DEPUTY CLERK** | **COURT REPORTER** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                                                                                             None

**PROCEEDINGS:**   (IN CHAMBERS)

The Court is in receipt of Plaintiffs' "Application and Order for Appointment of Guardian Ad Litem - Civil - Ex Parte" ("the Application"), filed January 31, 2012. The Application and all accompanying documents are ordered filed under seal. The Application is denied without prejudice for violation of Local Rule 79-5.4.

cc:     All Counsel of Record

MINUTES FORM 11                                                                              Initials of Deputy Clerk   SP